FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

**NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.**

Plaintiff

v.

**U.S. DEPARTMENT OF EDUCATION,**

Defendant

Civil Action No. 18-cv-4433

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202



A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jin Hee Lee
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector St., 5th Floor
New York, NY 10006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 5/18/2018

/S/ P. NEPTUNE

Signature of Clerk or Deputy Clerk