UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
NAACP LEGAL DEFENSE & : 
EDUCATIONAL FUND, INC., :
:
                      Plaintiff, :      18-CV-4433 (VSB)
:
      - against - :      **ORDER**
:
:
UNITED STATES DEPARTMENT OF :
EDUCATION. :
:
                    Defendant. :
-------------------------------------------------------- X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 11/5/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On May 29, 2020, the parties filed a status letter indicating that they had resolved the outstanding issues in the case, and requesting leave to file a further status letter, which I granted on June 1, 2020.  (Doc. 44.)  On June 16, 2020, I so ordered the parties' proposed stipulation for attorneys' fees and costs.  Accordingly, it is:

       ORDERED that on or before November 20, 2020, the parties are directed to file a joint letter with an update as to the status of the payment, and whether the case can be closed.

SO ORDERED.

Dated: November 5, 2020
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge