```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
NAACP LEGAL DEFENSE &                                 :
EDUCATIONAL FUND, INC.,                               :
                                                      :
                        Plaintiff,                    :     18-cv-04433 (VSB)
                                                      :
            -against-                                 :     ORDER
                                                      :
U.S. DEPARTMENT OF EDUCATION,                         :
                                                      :
                        Defendant.                    :
                                                      :
------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 16, 2020, I approved a Stipulation that would dismiss this action upon the Government's payment of attorney's fees and litigation costs to Plaintiff. (Doc. 46). I am in receipt of the Parties' letter dated November 12, 2020, stating that payment is complete and that the case can be closed. (Doc. 48.) Accordingly, it is:

ORDERED that this action is dismissed in its entirety in accordance with the Stipulation. (Doc. 46).

The Clerk of Court is respectfully directed to terminate the action.

SO ORDERED.

Dated: November 13, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge